IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-00445-RM-NYW

SHELBY SPEARS,

    Plaintiff,

v.

STEPHEN HAYS,

    Defendant.

---

**ORDER OF ADMINSTRATIVE CLOSURE**

---

This matter is before the Court on Plaintiff's response (ECF No. 114) to the Court's March 4, 2019, Order to Show Cause (ECF No. 113) why this case should not be administratively closed in light of Defendant Hay's bankruptcy. Plaintiff's response requests the case to remain open for two limited purposes: (1) to allow for the dismissal of Defendant Deep Space Exploration, LLC; and (2) to allow for the filing of a motion for sanctions against Defendant Hays' counsel. The former has already occurred (ECF No. 116) and the latter has not despite the passage of more than a month for Plaintiff to do so. Accordingly, finding no good or sufficient cause for this case to remain open, it is ORDERED

    (1) That the Order to Show Cause (ECF No. 113) is made ABSOLUTE; and

(2) That pursuant to D.C.COLO.LCivR 41.2 the Clerk shall administratively close this case, subject to reopening upon for good cause.

DATED this 15th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge